UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **JERRY SCOTT,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No.  7:23-cv-01153-ACA-SGC |
| | ) |
| **SCOTTY SHAFFER,** | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The magistrate judge entered a report on December 14, 2023, recommending this petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, be denied as unexhausted and untimely. (Doc. 7). The magistrate judge further recommended denial of a certificate of appealability. (*Id.* at 6). Although the report advised the petitioner of his right to object, the court has not received any objections; the objection period has expired. (*Id.* at 6–7).

Plaintiff Jerry Scott's failure to file specific objections waives any challenged to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. In the light of the proposed findings, the court agrees with the proposed recommendation. The court therefore **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court **WILL DENY** this

action **WITH PREJUDICE** because it is unexhausted and untimely. A certificate of appealability will be denied.

A final judgment will be entered.

**DONE** and **ORDERED** this January 29, 2024.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE